60 F.3d 814
 Johnathan M. Boone
v.
Joseph Leham, Commissioner of Prisons, Joseph W. Chesney,
Superintend of S.C.I. Frankville, James R. Forr, Corrections
Supertend Assistant, Michael E. Lucas, Captain, Robert M.
Novotney, Captain, Klebon, Mr., Correctional Officer,
Zawada, Mr., Correctional Officer, Joanna Johnson, Hearing Examiner
 NO. 94-1788
 United States Court of Appeals,
Third Circuit.
 May 25, 1995
 
 Appeal From: E.D.Pa., No. 93-cv-05074,
 Broderick, J.
 
 
 1
 AFFIRMED.